**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62804-CIV-SMITH**

DESIREE KAY GREULICH,

     Plaintiff,

v.

JOHNSON AND JOHNSON, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 67] filed by Plaintiff, Desiree Kay Greulich, and Defendants, American Medical Systems, Inc., American Medical Systems Holdings, Inc., Endo Pharmaceuticals Inc., Endo Pharmaceuticals Holdings Inc., and Endo Health Solutions Inc. (collectively, the "AMS Defendants").  It is

     **ORDERED** that

1) Plaintiff's claims against the AMS Defendants in this action are **DISMISSED WITH PREJUDICE.**  Plaintiff and the AMS Defendants shall bear their own fees and costs.

2) The Court previously dismissed the other Defendants in this matter, with prejudice. (*See* De 66.)  Because no claims remain for adjudication, the Clerk is directed to **CLOSE** this case.

3) Any pending motions not otherwise ruled on are **DENIED AS MOOT**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, on this 6th day of March 2020.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE